IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Renaissance Learning, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cv-00763 |
| ) | |
| QOMO HiteVision, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT INJUNCTION

Plaintiff Renaissance Learning, Inc. ("Renaissance Learning") and Defendant QOMO HiteVision, LLC ("QOMO") hereby stipulate to the entry of the following Injunction and Order:

**WHEREAS,** Renaissance Learning commenced this action against QOMO for patent infringement; and

**WHEREAS,** Renaissance Learning is the owner of U.S. Patent No. 7,502,855; and

**WHEREAS,** QOMO represents that it has ceased all manufacture, sale, use, offers for sale, and importation of products practicing the inventions of U.S. Patent No. 7,502,855, including its demo version of its QRF600 product; and

**WHEREAS,** QOMO hereby agrees and acknowledges the claims of U.S. Patent No. 7,502,855 are valid and enforceable; and

**WHEREAS,** Renaissance Learning and QOMO have agreed to amicably resolve this dispute based upon certain terms including the entry of this Consent Injunction without the entry of a bond.

**NOW THEREFORE,** upon consent of the parties hereto, it is hereby **ORDERED ADJUDGED AND DECREED** as follows:

1. Defendant QOMO, and its respective employees, partners, officers, directors, agents, representatives, successors, heirs, and assigns, and all persons in active concert or participation with any of them, are hereby enjoined from all manufacture, sale, use, offers for sale, and importation of products practicing the invention of U.S. Patent No. 7,502,855, including the demo version of its QRF600 and any other classroom response system that displays on a handheld unit a list of wireless networks and permits the user to select a wireless network for the handheld unit to connect to; and

2. This Consent Order and Injunction shall not apply to any claim of U.S. Patent No. 7,502,855 that has expired or been found or adjudicated invalid or unenforceable by a court or agency of competent jurisdiction, provided that such finding or judgment has become final and non-reviewable.

3. Except as set forth above, Plaintiff Renaissance Learning, Inc.'s claims against Defendant QOMO HiteVision, LLC are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED:

_____
The Honorable William M. Conley
United States District Judge

Date: May 26, 2010